IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        )
                                 )
     vs.                         )  Criminal No. 07-110
                                 )
DWAYNE MICHAEL CARTER,           )
     Defendant.                  )

ORDER

AND NOW, this 15th day of June, 2009, upon consideration of defendant's Motion for a Pre-Guilt Pre-Sentence Investigation [document #91], IT IS HEREBY ORDERED that the motion is GRANTED and that by September 14, 2009, the United States Probation Office is directed to prepare and forward to the Court, and respective counsel, a copy of a complete pre-sentence report regarding the above-named defendant in the instant case.

IT IS FURTHER ORDERED that the hearing on defendant's pretrial motions, scheduled for June 15, 2009, is continued to Friday, October 9, 2009 at 11 a.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), the period of time from the date of this order to October 9, 2009 shall be deemed excusable delay under the Speedy Trial Act as the Court concludes that the ends of

justice served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

					BY THE COURT:


					s/Gary L. Lancaster ,J.
					The Honorable Gary L. Lancaster,
					United States District Judge


cc:	Michael L. Ivory,
	Assistant United States Attorney

	James A. Wymard, Esquire
	220 Grant Street
	Pittsburgh, PA 15219

	U.S. Marshal

	U.S. Pretrial Services

	U.S. Probation