```
                                          AND NOW, THIS  6th  DAY OF
1  Dwayne Michael Carter                   Dec          , IT IS HEREBY
   Federal Register Number #09658-068     ORDERED THAT THE WITHIN
2  FCI Terminal Island                    MOTION IS DENIED.
   Post Office Box #3007
3  San Pedro, California 90731-0207              /s/ G. R. Lancaster
4  Petitioner in Pro Se                   GARY L. LANCASTER,
                                          UNITED STATES DISTRICT JUDGE
5
```

8                    UNITED STATES DISTRICT COURT

9                   WESTERN DISTRICT OF PENNSYLVANIA

11  DWAYNE MICHAEL CARTER,          CASE NO: 2:07-CR-00110-002
                                                [LANCASTER, J.]
12       Petitioner;
                                    MOTION PURSUANT TO 18 U.S.C.
13  v.                              §3583(e)(2) TO MODIFY, REDUCE
                                    THE PETITIONER'S TERM OF
14  UNITED STATES OF AMERICA,       SUPERVISED RELEASE

15       Respondent.

18       **COMES NOW** the Petitioner, Dwayne Michael Carter, pro
19  se and indigent, and respectfully moves this Court, pursuant
20  to United States Code Statute 18 U.S.C. §3583(e)(2), for
21  a Modification and/or Reduction of the Petitioner's Eight
22  (8) Year Term of Supervised Release.  The Three (3) Year
23  Term is running concurrently with the Five (5) Year Term
24  of Supervised Release.

                            JURISDICTION

27       This Court has jurisdiction pursuant to 18 U.S.C. §3583
28  (e)(2), and because the Petitioner's conviction and sentence

                                -1-